RESPONSIVE ANSWERING SERVICE LLC  1813-8869
2525 Ponce De Leon Boulevard Ste 300  ORG L-40 Georgia
Coral Gables FL  33134  EE ID: 170   DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

JAMIE W TAYLOR
1788 AUSTELL ROAD SW
APT # E1
MARIETTA GA  30008

NON-NEGOTIABLE

| **PERSONAL AND CHECK INFORMATION** | | | |
|---|---|---|---|
| Jamie W Taylor | | | |
| 1788 Austell Road SW | | | |
| apt # E1 | | | |
| Marietta, GA  30008 | | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 170 | | | |
| **Home Department:** 40 Georgia | | | |
| **Pay Period:** 01/16/22 **to** 01/29/22 | | | |
| **Check Date:** 02/04/22   **Check #:** 2160 | | | |
| **NET PAY ALLOCATIONS** | | | |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | | 0.00 |
| Chkg 099 | 1140.96 | | 3491.53 |
| **NET PAY** | **1140.96** | | **3491.53** |

| **EARNINGS** | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 1462.00 | | 4386.00 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 1462.00 | | 4386.00 |
| | | **Total Hrs Worked** | | | | | |
| **WITHHOLDINGS** | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | Social Security | | | 84.71 | | 259.82 |
| | | Medicare | | | 19.81 | | 60.76 |
| | | Fed Income Tax | H | | 63.14 | | 200.45 |
| | | GA Income Tax | H 0 0 0 | | 57.58 | | 178.02 |
| | | **TOTAL** | | | 225.24 | | 699.05 |
| **DEDUCTION** | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | Dental Pre-tax | | | 19.10 | | 38.20 |
| | | Medical Pre-tax | | | 73.07 | | 146.14 |
| | | Vision Pre-tax | | | 3.63 | | 11.08 |
| | | **TOTAL** | | | 95.80 | | 195.42 |

| **NET PAY** | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | **1140.96** | **3491.53** |

*Payrolls by Paychex, Inc.*

0944 1813-8869  Responsive Answering Service LLC • 2525 Ponce De Leon Boulevard Ste 300 • Coral Gables FL  33134 • (305) 590-8014

RESPONSIVE ANSWERING SERVICE LLC  1813-8869
2525 Ponce De Leon Boulevard Ste 300  ORG: L-40 Georgia
Coral Gables FL  33134  EE ID: 170    DD

JAMIE W TAYLOR
1788 AUSTELL ROAD SW
APT # E1
MARIETTA GA  30008

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| **PERSONAL AND CHECK INFORMATION** | | | | **EARNINGS** | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jamie W Taylor | | | | | | Salary | | | 1462.00 | | 2924.00 |
| 1788 Austell Road SW | | | | | | **Total Hours** | | | | | |
| apt # E1 | | | | | | **Gross Earnings** | | | 1462.00 | | 2924.00 |
| Marietta, GA  30008 | | | | | | **Total Hrs Worked** | | | | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 170 | | | | **WITHHOLDINGS** | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | | | Social Security | | | 84.70 | | 175.11 |
| **Home Department:** 40 Georgia | | | | | | Medicare | | | 19.81 | | 40.95 |
| | | | | | | Fed Income Tax | H | | 63.14 | | 137.31 |
| **Pay Period:** 01/02/22 **to** 01/15/22 | | | | | | GA Income Tax | H 0 0 0 | | 57.58 | | 120.44 |
| **Check Date:** 01/21/22    **Check #:** 2083 | | | | | | **TOTAL** | | | 225.23 | | 473.81 |
| **NET PAY ALLOCATIONS** | | | | **DEDUCTION** | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) | | | Dental Pre-tax | | | 19.10 | | 19.10 |
| Check Amount | 0.00 | | 0.00 | | | Medical Pre-tax | | | 73.07 | | 73.07 |
| Chkg 099 | 1140.97 | | 2350.57 | | | Vision Pre-tax | | | 3.63 | | 7.45 |
| **NET PAY** | **1140.97** | | **2350.57** | | | **TOTAL** | | | 95.80 | | 99.62 |

| | | **NET PAY** | **THIS PERIOD ($)** | **YTD ($)** |
|---|---|---|---|---|
| | | | **1140.97** | **2350.57** |

*Payrolls by Paychex, Inc.*

0944 1813-8869   Responsive Answering Service LLC • 2525 Ponce De Leon Boulevard Ste 300 • Coral Gables FL  33134 • (305) 590-8014

RESPONSIVE ANSWERING SERVICE LLC
2525 Ponce De Leon Boulevard Ste 300
Coral Gables FL  33134

1813-8869
ORG L 40 Georgia
EE ID: 170      DD

JAMIE W TAYLOR
1788 AUSTELL ROAD SW
APT # E1
MARIETTA GA  30008

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Jamie W Taylor
1788 Austell Road SW
apt # E1
Marietta, GA  30008
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 170

**Home Department:** 40 Georgia

**Pay Period:** 12/19/21 **to** 01/01/22
**Check Date:** 01/07/22     **Check #:** 2008
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 099 | 1209.60 | 1209.60 |
| **NET PAY** | **1209.60** | **1209.60** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 1462.00 | | 1462.00 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 1462.00 | | 1462.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 90.41 | 90.41 |
| | Medicare | | 21.14 | 21.14 |
| | Fed Income Tax | H | 74.17 | 74.17 |
| | GA Income Tax | H 0 0 0 | 62.86 | 62.86 |
| | **TOTAL** | | 248.58 | 248.58 |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Vision Pre-tax | 3.82 | 3.82 |
| | **TOTAL** | 3.82 | 3.82 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1209.60** | **1209.60** |

Payrolls by Paychex, Inc.

0944 1813-8869   Responsive Answering Service LLC • 2525 Ponce De Leon Boulevard Ste 300 • Coral Gables FL  33134 • (305) 590-8014

RESPONSIVE ANSWERING SERVICE LLC
2525 Ponce De Leon Boulevard Ste 300
Coral Gables FL  33134

1813-8869
ORG: 40 Georgia
EE ID: 170          DD

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

JAMIE W TAYLOR
1788 AUSTELL ROAD SW
APT # E1
MARIETTA GA  30008

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Jamie W Taylor | | | | | Personal | | | | M80.00 | |
| 1788 Austell Road SW | | | | | Salary | | | 1462.00 | | 38012.00 |
| apt # E1 | | | | | PTO | | | | M8.00 | |
| Marietta, GA  30008 | | | | | **Total Hours** | | | | 88.00 | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 170 | | | | | **Gross Earnings** | | | 1462.00 | | 38012.00 |
| | | | | | **Total Hrs Worked** | | | | | |
| **Home Department:** 40 Georgia | | | | | Non Tax Reimb | | | | | 70.00 |
| **Pay Period:** 12/05/21 **to** 12/18/21 | | | | | **REIMB & OTHER PAYMENTS** | | | | | 70.00 |
| **Check Date:** 12/24/21   **Check #:** 1935 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **NET PAY ALLOCATIONS** | | | | | Social Security | | | 90.41 | | 2350.59 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Medicare | | | 21.14 | | 549.73 |
| Check Amount | 0.00 | 0.00 | | | Fed Income Tax | H | | 77.29 | | 2491.19 |
| Chkg 419 | 0.00 | 14042.27 | | | GA Income Tax | H 0 0 0 | | 64.63 | | 1716.53 |
| Chkg 099 | 1204.71 | 16832.37 | | | **TOTAL** | | | 253.47 | | 7108.04 |
| **NET PAY** | **1204.71** | **30874.64** | DEDUCTION | | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | | Vision Pre-tax | | | 3.82 | | 99.32 |
| | | | | | **TOTAL** | | | 3.82 | | 99.32 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **1204.71** | **30874.64** |

*Payrolls by Paychex, Inc.*

0944 1813-8869    Responsive Answering Service LLC • 2525 Ponce De Leon Boulevard Ste 300 • Coral Gables FL  33134 • (305) 590-8014